**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
Richmond      **Division**

In re   Andrew Thomas Dozier                              Case No.   16-32802-KLP

Debtor(s)                              Chapter   7

**ORDER OF DISMISSAL**
**FOR FAILURE TO ATTEND MEETING OF CREDITORS**

The United States Trustee having certified that the above debtor(s) or debtor's counsel has not appeared at the scheduled meeting of creditors, it is, therefore

**ORDERED**, pursuant to Local Rule 2003-1(B), that the above case be dismissed; and it is further

*[If appropriate]*   **ORDERED** that the debtor(s) pay the balance of the filing fee in the amount of $ _____ n/a _____ to the Clerk of Court within 14 days of the date of this order; and it is further

**ORDERED** that dismissal of this case revests the property of the estate in the entity in which such property was vested immediately before the commencement of the case.  The trustee need not file a final report in this case unless property or money was administered.

WILLIAM C. REDDEN
Clerk of Court

Date:  August 25, 2016                    By  /s/Tammy Luedecke
                                              Deputy Clerk

NOTICE OF JUDGMENT OR ORDER
ENTERED ON DOCKET:

August 25, 2016

[odis341 ver. 09/13]